UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

09 Cr. 558-04 (CM)

LAGUERRE PAYEN,

Defendant.

---------------------------------------------------------------x

### ORDER ON MOTION FOR A REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)

McMahon, J.:

For the reasons set forth in the Decision and Order of this court, signed July 27, 2023,

IT IS HEREBY ORDERED that the Defendant Laguerre Payen's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), is GRANTED; and it is further

ORDERED, that the Defendant's custodial sentence is reduced, pursuant to 18 U.S.C. § 3582(c)(1)(A), to Time Served plus 90 days imprisonment; and it is further

ORDERED, that the Defendant's term and conditions of supervised release are unchanged.

Dated: New York, New York
July 27, 2023

Colleen McMahon
United States District Court Judge